Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juanita Herrera
and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA HERRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>5.11, INC. d/b/a 5.11 TACTICAL, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 5:22-CV-02184-JGB-KK<br><br>Honorable Judge Jesus G. Bernal<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: December 9, 2022<br>Trial Date: None |

Plaintiff Juanita Herrera ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.

Dated: February 2, 2023                                   Respectfully Submitted,


                                                          */s/ Binyamin I. Manoucheri*
                                                          Thiago M. Coelho
                                                          Binyamin I. Manoucheri
                                                          **WILSHIRE LAW FIRM**
                                                          *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 2, 2023                    */s/ Binyamin I. Manoucheri*
                                           Binyamin I. Manoucheri