Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Robert Wilger, SBN 168402
rwigler@littler.com
Elizabeth Stonhaus, SBN 286615
lstonhaus@littler.com
**LITTLER MENDELSON, P.C.**
50 West San Fernando St.
7th Floor
San Jose, CA 85113-2434
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA HERRERA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>5.11, INC. d/b/a 5.11 TACTICAL, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:   5:22-cv-02184-JGB-KK<br><br>*Assigned to Judge Jesus G. Bernal*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Juanita Herrera ("Plaintiff"), and Defendant 5.11, Inc. d/b/a 5.11 Tactical ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of absent putative class members in the above-entitled action.  Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: March 22, 2023     **WILSHIRE LAW FIRM**

By: */s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*

DATED: March 22, 2023     **LITTLER MENDELSON, P.C.**

By: */s/ Elizabeth Stonhaus*
Robert Wilger
Elizabeth Stonhaus
*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this stipulation attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 22, 2023              By: */s/ Carolin K. Shining*
                                              Carolin K. Shining

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER